**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| THOMAS BLASCO, | ) | 3:11-cv-00749-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MINERAL COUNTY, HAWTHORNE TOWNSHIP and JAVIER MONCADA, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation (#28), this action is dismissed with prejudice, with all parties to bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED: This 28th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

1