1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                          **DISTRICT OF NEVADA**
10
11  THOMAS BLASCO,                    )    3:11-cv-00749-HDM-VPC
                                      )
12              Plaintiff,            )
                                      )    ORDER
13  vs.                               )
                                      )
14  MINERAL COUNTY, HAWTHORNE         )
    TOWNSHIP and JAVIER MONCADA,      )
15                                    )
                Defendant.            )
16  _____

17       Pursuant to the parties' stipulation (#28), this action is
18  dismissed with prejudice, with all parties to bear their own costs
19  and attorney's fees.
20       IT IS SO ORDERED.
21       DATED: This 28th day of August, 2012.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

1